UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20cr0369-JLS |
| Plaintiff, | ORDER OF CRIMINAL FORFEITURE |
| v. | |
| BING HAN, | |
| Defendant. | |

WHEREAS, in the Information filed in the above-captioned case, the United States sought forfeiture of any property, real or personal, involved in such offense, or any such property traceable to such property, including, but not limited to, $500,000.00 in U.S. dollars, constituting, or derived from, proceeds Defendant BING HAN ("Defendant") obtained directly or indirectly, pursuant to 18 U.S.C. § 982(a)(1) and 28 U.S.C. § 2461(c), in violation of 18 U.S.C. §§ 1960 and 2; and

WHEREAS, on or about February 3, 2020, Defendant pled guilty before Magistrate Judge William V. Gallo to Count 1 of the Information, which plea included consent to the forfeiture allegations of the Information, and an agreement to pay and forfeit to the United States the amount of $500,000.00 in U.S. dollars as property involved in and traceable to the offense in Count 1, which forfeiture shall be included and incorporated as part of the judgment in this case; and

//

WHEREAS, by virtue of the admissions of the Defendant set out in the plea agreement, the forfeiture addendum, and the guilty plea, the Court hereby determines that $500,000.00 in U.S. dollars represents the property involved in and traceable to the offense set forth in Count 1, to which Defendant pled guilty, in violation of 18 U.S.C. § 1960, as charged in Count 1 of the Information; and

WHEREAS, by virtue of said guilty plea and the Court's findings, the United States is now entitled to an Order of Forfeiture in its favor against the Defendant for the property involved in and traceable to Count 1, in the amount of $500,000.00 in U.S. dollars, pursuant to 18 U.S.C. § 982(a)(1) and 28 U.S.C. § 2461(c), and Rule 32.2(b) of the Federal Rules of Criminal Procedure; and

WHEREAS, by virtue of the facts set forth in the plea agreement and forfeiture addendum, the United States has established the requisite nexus between the $500,000.00 in U.S. dollars forfeiture and the offense; and

WHEREAS, the Defendant has agreed to pay directly to the United States the $500,000.00 in U.S. dollars and further agrees that the provisions for the substitution of assets as provided in 21 U.S.C. § 853(p) exist and that the United States may take actions to collect the forfeiture; and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.    Defendant BING HAN shall forfeit to the United States the sum of $500,000.00 in U.S. dollars pursuant to 18 U.S.C. § 982(a)(1) and 28 U.S.C. § 2461(c), as the amount of property involved in and traceable to the offense set forth in Count 1, all for which he has plead guilty and stands convicted.  The Defendant is directed to forthwith remit to the United States $500,000.00 in U.S. dollars.  The forfeiture is in favor of the United States against Defendant BING HAN, with interest to accrue thereon in accordance with 18 U.S.C. § 3612(f) and 28 U.S.C. § 1961, from the date of sentencing.

//

20cr0369

2.      This Court shall retain jurisdiction in the case for the purpose of enforcing the order of forfeiture and collecting and enforcing the forfeiture.

3.      Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to Defendant at the time of sentencing and is part of the sentence and included in the judgment.

4.      Pursuant to Rule 32.2(b)(3), the United States may, at any time, conduct discovery to identify, locate, or dispose of directly forfeitable assets and substitute assets against which this Order of Forfeiture may be enforced.

5.      The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $500,000.00 in U.S. dollars to satisfy the forfeiture in whole or in part.

6.      The United States may take any and all actions available to it to collect and enforce the forfeiture.

IT IS SO ORDERED.

Dated:  December 9, 2021

_Janis L. Sammartino_
Hon. Janis L. Sammartino
United States District Judge

3

20cr0369